**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amy Michelle Miller Rivas, Jose Morales, German
David Rivas, and Juan De Rios Ramos, Defendants,

Of whom Amy Michelle Miller Rivas is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-001699

Appeal From Spartanburg County
Sammy Diamaduros, Family Court Judge

Unpublished Opinion No. 2025-UP-130
Submitted April 16, 2025 – Filed April 16, 2025

**AFFIRMED**

Adam Sinclair Ruffin, of Ruffin Law Firm, LLC, of
Columbia, for Appellant.

Deborah M. Gentry, of Murdock Law Firm, LLC, of
Mauldin, for Respondent.

Jonathan Drew Hammond, of Greer, for the Guardian ad Litem.

---

**PER CURIAM:** Amy Michelle Miller Rivas appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Rivas's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.